UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 11-CR-20227
HON. MARK A. GOLDSMITH

THEODORE ALAN JURGENSEN,

Defendant.
_________________________________________/

**ORDER DISMISSING DEFENDANT'S MOTIONS TO REOPEN CRIMINAL CASE AND TERMINATING MOOT MOTIONS**
**(Dkt. 4; Dkt. 6; Dkt. 7; Dkt. 9)**

Defendant Theodore Alan Jurgensen was convicted of making a false statement in violation of 18 U.S.C. § 1001(a)(2) in Criminal Case Number 1:10cr-00279-001, in the United States District Court for the District of Columbia. Dkt. 1, PageID.1. On May 16, 2011, jurisdiction over Jurgensen's term of supervised release was transferred to this Court, pursuant to 18 U.S.C. § 3605. Id. Jurgensen was discharged from supervision on November 28, 2012. Dkt. 3.

More than a decade later, Jurgensen filed pro se motions asking this Court to reopen his criminal case and to grant him various forms of relief in connection with his closed criminal case. Dkt. 4; Dkt. 9. In other words, Jurgensen asks this Court to reopen his criminal case from the United States District Court for the District of Columbia. But as the Transferee court for purposes of supervised release, this Court's jurisdiction was limited to overseeing his supervised release. 18 U.S.C. § 3605; Singh v. United States, No. 2:20-cr-00157-TLN, 2023 WL 5753679, at *3 (E.D. Cal. Sept. 6, 2023) (observing that 18 U.S.C. § 3605 provides a transfer of limited, not general, jurisdiction of a criminal case); United States v. Blanton, No. 5:18-009-DCR, 2024

WL 1979276, at *2 (E.D. Ky. May 2, 2024) (same). This Court therefore lacks jurisdiction to address Jurgensen's motions to reopen his criminal case and dismisses those motions. And that means Jurgenson's additional motions filed here, to participate remotely in hearings and for electronic service, are moot. Dkt.6; Dkt. 7. Thus, the Court terminates all four motions and this case remains closed.

**SO ORDERED.**

Dated: September 29, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 29, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager